UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-80461-CIV-MIDDLEBROOKS/BRANNON

SCOTT REZMER, *et al.*,

      Plaintiffs,

vs.

BLUEGREEN CORPORATION, *et al.*,

      Defendants.

_____/

## ORDER ACCEPTING JOINT STIPULATION OF SETTLEMENT

THIS CAUSE comes before the Court upon Joint Stipulation by Plaintiffs and Defendant Equifax Information Services, LLC ("Equifax") of Settlement ("Stipulation") (DE 46) filed on December 6, 2013. The Court has reviewed the record and is otherwise advised in the premises. The Parties filed the Stipulation pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See* FED. R. CIV. P. 41(a)(1)(A)(ii).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that

1.     The Parties' Stipulation (DE 46) is **ACCEPTED**;

2.     All claims and counterclaims by Plaintiffs and Equifax are **DISMISSED WITH PREJUDICE**;

3.     Plaintiffs and Equifax shall each bear their own costs and attorney's fees;

4.     All pending motions are **DENIED AS MOOT**; and

5.     The Clerk of the Court shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this _10_ day of December, 2013.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT COURT

Copies to:     Counsel of Record

1